IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20- |
| v. | : | DATE FILED:  November 12 , 2020 |
| BARBARA CONWAY | : | VIOLATIONS:<br>18 U.S.C. § 666(a)(1)(A) (theft from program receiving federal funds – 1 count) |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times relevant to this information:

1. The Ryan White HIV/AIDS Program (hereafter, Ryan White Program) is a federal program that provides grants to states, cities/counties, and local community-based organizations to fund care and treatment services to people living with HIV, to improve health outcomes, and to reduce HIV transmission among hard-to-reach populations. The program, administered by the U.S. Department of Health and Human Services, provides funds to Eligible Metropolitan Areas (EMAs).

2. The City of Philadelphia is a designated EMA, and received millions of dollars in annual grants from the Ryan White Program in 2015, 2016, 2017, 2018, and 2019, respectively. In each of these years, Philadelphia allocated in excess of $10,000 of the Ryan White Program funds to the AIDS Activities Coordinating Office, a part Philadelphia's Department of Public Health, to provide emergency assistance to people with HIV/AIDS.

3. The Philadelphia Health Management Corporation (PHMC) is a non-profit public health institute based in Philadelphia, Pennsylvania, that runs more than 350 programs providing direct resources and care to thousands of individuals and communities. PHMC contracted with Philadelphia's Department of Health to manage the Food Voucher Program, a program designed to provide emergency assistance to people with HIV/AIDS. PHMC's Food Voucher Program received federal funding from the Ryan White HIV/AIDS Program, through Philadelphia's AIDS Activities Coordinating Office.

4. PHMC used Ryan White Program funds to purchase food vouchers from grocery stores participating in the program. PHMC purchased food vouchers in batches of up to $45,000 at a time, and then distributed the vouchers to various agencies, such as hospitals, for further distribution to people with HIV/AIDS who were having financial problems and needed a way to pay for food. The food vouchers were worth between $25 and $50. Recipients of the vouchers purchased food by redeeming the vouchers at participating grocery stores.

5. Defendant Barbara Conway was employed by PHMC as the Food Voucher Coordinator and managed the Food Voucher Program.

6. From in or about September 2015 through in our about March 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**BARBARA CONWAY**,

being an agent of the Philadelphia-based Public Health Management Corporation (PHMC), a non-profit public health organization that received benefits in excess of $10,000 in annual grants from the federal Ryan White HIV/AIDS program in 2015, 2016, 2017, 2018, and 2019, respectively, stole property worth at least $5,000 and under the care, custody and control of

PHMC, that is, food vouchers with and aggregate value of approximately $39,500, in violation of 18 U.S.C. § 666(a)(1)(A).

In violation of Title 18, United States Code, Section 666(a)(1)(A).

*Ronald Sarachan* for

**WILLIAM M. MCSWAIN**
**United States Attorney**

*No.*\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

BARBARA CONWAY

INFORMATION

Counts
18 U.S.C. § 666(a)(1)(A) (theft from program receiving federal funds – 1 count)

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

_____
Clerk

Bail, $_____